

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00023-CV

**IN THE INTEREST OF B.G.G., a Child**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13834
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED March 24, 2021.

_____
Rebeca C. Martinez, Chief Justice